UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM H. BREIER, JOSHUA LIEBERMAN, and CONG. KHAL CHASIDIM,<br><br>*Petitioners*<br><br>*v.*<br><br>CONG. CASA GRANDE and YEHOSHIA RUBIN<br><br>*Respondents.* | Civ. No. 25-cv-9941<br><br>NOTICE OF PETITION TO COMPEL ARBITRATION |

**PLEASE TAKE NOTICE** that, on the Petition of ABRAHAM H. BREIER, JOSHUA LIEBERMAN, and CONG. KHAL CHASIDIM ("Petitioners"), dated December 1, 2025, the Declarations of Abraham Breier, Joshua Lieberman, and Michael J. Broyde and the exhibits thereto, and the Memorandum of Law, Petitioners will move this Court at the United States Courthouse, 500 Pearl Street, New York, NY 10007, on a date to be determined by the Court, for an Order pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 2, *et. seq,* (i) compelling Respondent Cong. Casa Grande to arbitrate its dispute filed against Petitioners in *Cong. Casa Grande v. Abraham Breier et al.,* 25-cv-2788 (D. Ariz. 2025) in the arbitration tribunal Mishpetei Tzedek of Square, located in Rockland County, New York, (ii) compelling Respondent Rubin to arbitrate his dispute with Breier and Lieberman before the same tribunal, and (iii) granting such further relief as the courts deems just and necessary.

1

PLEASE TAKE FURTHER NOTICE that Respondents shall submit answering papers within twenty-one (21) days of service and Petitioners shall file a reply within seven (7) days of receipt of the answering papers.

Dated: December 1, 2025.

**GULKO SCHWED LLP**

By: _/s/ Samuel Kadosh_
**Samuel Kadosh**

525 Chestnut Street, Suite 209
Cedarhurst, New York 11516
Tel: (212) 500-1312
Email: skadosh@gulkoschwed.com

*Attorneys for Petitioners*