UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 ABRAHAM H. BREIER, et al.,

                        Plaintiffs,                              25-CV-09941 (VSB) (VF)

                -against-                                   **ORDER**

YEHOSHIA RUBIN, et al.,

                        Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      In light of the parties' representation at ECF No. 15, the parties are directed to file a joint

letter stating whether they are still engaged in settlement discussions by **May 20, 2026**.

      **SO ORDERED.**

DATED:     New York, New York
            May 13, 2026

                                               VALERIE FIGUEREDO
                                             United States Magistrate Judge