UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ABRAHAM H. BREIER, et al.,

Plaintiffs,

-against-

YEHOSHIA RUBIN, et al.,

Defendants.
---------------------------------------------------------------X

25-CV-09941 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On September 22, 2026, the Court entered an order compelling arbitration. ECF No. 22. The parties are directed to provide a joint update on the status of the arbitration by **January 4, 2026**.

**SO ORDERED.**

DATED: New York, New York
October 6, 2026

VALERIE FIGUEREDO
United States Magistrate Judge